IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 0 8 2010

**MATTHEW J. DYKMAN**
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § Plaintiff, § § vs. § § CINDY STEVENS MONTOYA aka § CINDY DIANNE SAAVEDRA STEVENS, § aka CINDY J. MONTOYA, § § Defendant. § | Cause No. 10-CR-621 LH |

### ORDER TO CORRECT NAME

THIS MATTER, having come before the Court on motion of the Accused, Cindy Montoya (formerly known as Cindy Dianne Saavedra Stevens) to correct her name in the Court docket and pleadings, and the Court, being fully advised in the premises, concludes the motion is well-taken and shall be GRANTED.

IT IS HEREBY ORDERED that Ms. Montoya's name in the court file and the pleadings be corrected to reflect her true and correct name as Cindy Montoya. Her maiden name of Cindy Dianne Saavedra Stevens may remain as an alias in the caption.

W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE